In the Matter of the Claim of DOMINICK GRAVINE, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.— Appeal by the Industrial Commissioner from a decision of the Unemployment Insurance Appeal Board granting unemployment benefits to claimant. Claimant was a school boy, sixteen and one-half years of age, who, in addition to his regular attendance at school, appeared as a radio and television performer in the evenings and on week-ends. Subdivision 9 of section 511 of the Labor Law excludes from the term " employment " part-time workers who are attending school. Decision of the appeal board reversed, on the law, and the revised determination of the commissioner holding claimant ineligible for benefits reinstated, without costs. Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ., concur.

■

In the Matter of ALTON C. SCRUTON, as Commissioner of Public Welfare of St. Lawrence County, Respondent, against HARRY MARTIN, Appellant.— Appeal from an order of the Children's Court, St. Lawrence County, adjudging defendant to be the father of a child born out of wedlock and directing him to pay $25 per week to the probation officer of St. Lawrence County for the education and support of such child. The evidence sustains the contention that the defendant was the father of the child involved. Under the circumstances of this case there was no abuse of discretion in denying the motion for an examination before trial. Although defendant may have been somewhat restricted in his right to cross-examine in the first instance he was subsequently permitted to go into the prohibited matters and any error in this regard was thereby corrected. Order unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ.